UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14CR376-02 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHRISTINA YOUNG, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Christina Young's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 62.)

On February 25, 2015, the government filed a Superseding Indictment against Defendant. (Doc. No. 21.) On August 4, 2015, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 49.)

On September 18, 2015, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 9 of the Superseding Indictment, charging her with Conspiracy to Distribute and Possess with the Intent to Distribute Heroin and Methamphetamine, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(A) and 846, and Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. 1952(a)(3). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and

Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 62.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that she understands her constitutional rights, that she is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1 and 9 of the Superseding Indictment in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(A) and 846 and 18 U.S.C. Section 1952(a)(3). The sentencing will be held on December 17, 2015 at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: October 7, 2015

                                         _____
                                         **HONORABLE SARA LIOI**
                                         **UNITED STATES DISTRICT JUDGE**